

**HENRICO POLICE - SETTING THE TEMPO FOR THE 21ST CENTURY**

Officer Name: A. P. Smith

E-mail: @henrico.us

Phone: 501-5000   Report Number: 170621185



Report # 190121122
completed
Ofc. Malizia
804-501-5000
804-501-4214

Records Dept
501-4809
Commonwealth
Prosecutors Office



Report # 190114122
Report # 190114051
Internal Affairs of
501-4634

TION  
.nonwealth of Virginia VA. CODE §§ 16.1-262; 16.1-263

Case No: ....................................................

DATE OF HEARING

**HENRICO COUNTY** Juvenile and Domestic Relations District Court

*In re* a Child under eighteen years of age

**AGE AT TIME OF OFFENSE: 16 YRS**

| CHILD'S NAME<br>1. STANLEY JR., NORRIS EDWARD | | SSN<br>***-**-8039 | DATE OF BIRTH<br>2. | AGE<br>16 YRS | SEX*<br>M | RACE<br>B |
|---|---|---|---|---|---|---|
| CHILD'S ADDRESS<br>4. 1922 REPP STREET, , HENRICO, VA 23075 | | | | | TELEPHONE NO.<br>(804) 201-1222 | |
| NAME OF PARENT<br>5. STANLEY SR., NORRIS EDWARD | [ ] MOTHER   [X] FATHER | SSN<br>***-**-4839 | DATE OF BIRTH | TELEPHONE NO.<br>(804) 244-1110 | | |
| ADDRESS OF PARENT<br>6. 1732 ROSECREST AVENUE, RICHMOND, VA 23224 | | | | | | |
| NAME OF PARENT<br>7. MCCOY, MONICK NESHEE | [X] MOTHER   [ ] FATHER | SSN<br>***-**-6770 | DATE OF BIRTH | TELEPHONE NO.<br>(804) 328-2705 | | |
| ADDRESS OF PARENT<br>8. 1922 REPP STREET, HENRICO, VA 23075 | | | | | | |
| GUARDIAN/LEGAL CUSTODIAN OR PERSON IN LOCO PARENTIS NAME AND ADDRESS<br>9. | | | | TELEPHONE NO. | | |
| GUARDIAN/LEGAL CUSTODIAN OR PERSON IN LOCO PARENTIS RELATIONSHIP TO CHILD<br>10. | | | | | | |
| OTHER(S) NAME AND ADDRESS<br>11. | | | | TELEPHONE NO. | | |

12. Child held in CUSTODY [ ] YES   [ ] NO  
13. Place of Detention or Shelter Care  
14. Date and Time Taken into Custody   /   /   :   m.   15. Date and Time Placed in Detention or Shelter Care   /   /   :   m.  
16. The above information is not known to the petitioner: No(s).

I, the undersigned petitioner, state under oath to the best of my knowledge, that the above-named child is within the purview of the Juvenile and Domestic Relations District Court Law in that, within this city/county, the child:

**HE DID ON OR ABOUT 06/05/2017 UNLAWFULLY ENTER THE RESIDENCE LOCATED AT 101 N. GROVE AVENUE, PROPERTY OF BEAR GRAINFIELD REAL ESTATE, IN ANY MANNER SO AS TO INTERFERE WITH RIGHTS OF THE OWNER, USER OR OCCUPANT THEREOF TO USE SUCH PROPERTY FREE FROM INTERFERENCE, IN VIOLATION OF §18.2-121 OF THE 1950 CODE OF VIRGINIA AS AMENDED.**

(ICR # 170605136)       (ARR: 7/5/2017 @ 8:15 AM) LT

**(FOR ADMINISTRATIVE USE ONLY IN DELINQUENCY CASES)** Virginia Crime Code: TRS-5717-M1

WHEREFORE, the Petitioner requests that the child and the persons having his or her custody and control be summoned to appear before this Court, and that this Court enter such orders and judgments as the Court deems fit and proper in accordance with the law and which will serve the purpose and intent of the Juvenile and Domestic Relations District Court Law.

06/14/2017   OFFICER CJ SIGNORELLI #1453  
DATE        PETITIONER'S NAME (PRINT OR TYPE)        PETITIONER'S SIGNATURE

HENRICO POLICE DEPARTMENT, , HENRICO, VA   No Phone #  
PETITIONER'S ADDRESS AND TELEPHONE NUMBER (COURT COPY ONLY)

Petitioner's relationship to child: ........................  
Title: **Intake Officer**   Signature:

Sworn/affirmed and signed before me on   06/14/2017 05:17 PM

Filed by: ................................................   6/14/17  
[X] INTAKE OFFICER   [ ] ATTORNEY   DATE

FORM DC-511 (MASTER, PAGE ONE OF TWO) 01/17   ICN: 3308318   JUVENILE #: 373855   SC#: 087JJX003853713

# PETITION
Commonwealth of Virginia VA. CODE §§ 16.1-262; 16.1-263

Case No. ....................

DATE OF HEARING ....................

HENRICO COUNTY Juvenile and Domestic Relations District Court

*In re* a Child under eighteen years of age

AGE AT TIME OF OFFENSE: 16 YRS

| CHILD'S NAME | SSN | DATE OF BIRTH | AGE | SEX | RACE |
|---|---|---|---|---|---|
| 1. STANLEY JR., NORRIS EDWARD | ***-**-8039 | 2. | 3. 16 YRS | M | B |

| CHILD'S ADDRESS | TELEPHONE NO. |
|---|---|
| 4. 1922 REPP STREET, , HIGHLAND SPRINGS, VA 23075 | (804) 201-1222 |

| NAME OF PARENT | | | SSN | DATE OF BIRTH | TELEPHONE NO. |
|---|---|---|---|---|---|
| 5. STANLEY SR., NORRIS EDWARD | [ ] MOTHER | [X] FATHER | ***-**-4839 | | |

| ADDRESS OF PARENT |
|---|
| 6. DECEASED, DECEASED, |

| NAME OF PARENT | | | SSN | DATE OF BIRTH | TELEPHONE NO. |
|---|---|---|---|---|---|
| 7. MCCOY, MONICK NESHEE | [X] MOTHER | [ ] FATHER | ***-**-6770 | | (804) 328-2705 |

| ADDRESS OF PARENT |
|---|
| 8. 1922 REPP STREET, HIGHLAND SPRINGS, VA 23075 |

| GUARDIAN/LEGAL CUSTODIAN OR PERSON IN LOCO PARENTIS NAME AND ADDRESS | TELEPHONE NO. |
|---|---|
| 9. | |

| GUARDIAN/LEGAL CUSTODIAN OR PERSON IN LOCO PARENTIS RELATIONSHIP TO CHILD | |
|---|---|
| 10. | |

| OTHER(S) NAME AND ADDRESS | TELEPHONE NO. |
|---|---|
| 11. | |

HENRICO JUVENILE AND DOMESTIC RELATIONS DISTRICT COURT
MAY 23 2017
RECEIVED

12. Child held in CUSTODY [ ] YES [ ] NO
13. Place of Detention or Shelter Care ....................
14. Date and Time Taken into Custody __/__/__ __:__ __m.
15. Date and Time Placed in Detention or Shelter Care __/__/__ __:__ __m.
16. The above information is not known to the petitioner: No(s).

I, the undersigned petitioner, state under oath to the best of my knowledge, that the above-named child is within the purview of the Juvenile and Domestic Relations District Court Law in that, within this city/county, the child:

NORRIS EDWARD STANLEY IS IN VIOLATION OF THE TERMS OF HIS PROBATION ORDERED ON OCTOBER 7, 2016, TO WIT: RULE #3, IN THAT ON OR ABOUT MAY 18, 2017, THE JUVENILE VIOLATED CURFEW, HAVING BEEN PLACED ON PROBATION FOR A CHARGE OF UNAUTHORIZED USE, AND AFTER HAVING SIGNED WRITTEN PROBATION RULES ON OCTOBER 7, 2016 11:30 AM, THEREFORE THE PETITIONER REQUESTS THE SUBJECT'S PROBATION STATUS BE MODIFIED OR OTHERWISE REVOKED, IN VIOLATION OF §16.1-291 OF THE 1950 CODE OF VIRGINIA AS AMENDED.

(ARR: 6/8/2017 @ 8:15 AM)    (PROBATION OFFICER TO SERVE PARTIES) LT

(FOR ADMINISTRATIVE USE ONLY IN DELINQUENCY CASES) Virginia Crime Code: PRB-5012-S9

WHEREFORE, the Petitioner requests that the child and the persons having his or her custody and control be summoned to appear before this Court, and that this Court enter such orders and judgments as the Court deems fit and proper in accordance with the law and which will serve the purpose and intent of the Juvenile and Domestic Relations District Court Law.

05/22/2017    MARIE R. BRISTOW
DATE    PETITIONER'S NAME (PRINT OR TYPE)    PETITIONER'S SIGNATURE

14TH DISTRICT CSU, , HENRICO, VA    home: (804)501-5882
PETITIONER'S ADDRESS AND TELEPHONE NUMBER (COURT COPY ONLY)

Petitioner's relationship to child: ....................    Sworn/affirmed and signed before me on 05/22/2017 05:23 PM

Title: Intake Officer    Signature: ....................

Filed by: _____ [X] INTAKE OFFICER [ ] ATTORNEY    5/22/17 DATE

FORM DC-511 (MASTER, PAGE ONE OF TWO) 01/17    ICN: 3299235    JUVENILE #: 373855    SC#: 087JJX003839786

6/8/17 @ 8:15am #1    JJ085421-08-00